USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANGHAI HONG LI SHIPPING CO. LTD.,

                Plaintiff,

-v-

ASIA POWER SHIPPING (HK) LTD.,

                Defendant.

No. 09 Civ. 4451 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's June 4, 2009 letter, which requests an extension of the Court's May 11, 2009 *Ex Parte* Order for Process of Maritime Attachment and Garnishment. In support of Plaintiff's request, counsel represents to the Court that Plaintiff has confirmed to counsel that "the Defendant is actively trading," that "the Defendant's business license in Hong Kong is active," and refers the Court to the allegations contained in Plaintiff's previous application. Simply put, counsel's assertions, which are made in a letter rather than an affidavit and amount to little more than conclusory statements about activity unconnected to this jurisdiction, are insufficient to justify additional Rule B relief at this time. Accordingly, Plaintiff's request is DENIED.

    IT IS HEREBY ORDERED THAT funds restrained by garnishee banks in this District pursuant to the Court's May 11, 2009 Order shall remain restrained until further order by this Court.

    IT IS FURTHER ORDERED THAT the Court will conduct the previously scheduled

status conference in this matter on June 16, 2009 at 4:45 p.m.

SO ORDERED.

Dated:   June 5, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE